U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| John E. Dykema and Tammy D. Dykema, Debtors. | Chapter 13 Case No. 18-27040-beh |
|---|---|

## STIPULATION

The Debtors, John E. Dykema and Tammy D. Dykema, and U.S. Bank Trust National Association, as Trustee c/o BSI Financial Services (U.S. Bank), hereby stipulate and agree as follows:

1. The Debtors' Objection to Proof of Claim No. 2, filed by U.S. Bank can be sustained by the Court.

2. The pre-petition mortgage arrearage due U.S. Bank is $19,500.00, as stated in Debtors' Plan (Docket Entry No. 11).

Dated this *14th day of June, 2019*.

**DEBTORS:**
John E. Dykema and
Tammy D. Dykema

*/s/ Electronically signed by Lawrence G. Vesely*
Attorney Lawrence G. Vesely
Attorney for the Debtors

**U.S. Bank:**

*/s/ Electronically signed by Michael Dimand*
Attorney Michael Dimand
Attorney for U.S. Bank