IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>John E. Dykema, and<br>Tammy D. Dykema.<br>      Debtors. | Chapter 13<br><br>Case No. 18-27040-beh |

## OBJECTION TO CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING

The Debtors, John E. Dykema and Tammy D. Dykema, object to claim number 3-1 filed by U.S. Bank, and respectfully represents:

1. The Debtors filed this Chapter 13 case on July 20, 2018.

2. U.S. Bank, (the Claimant) filed a proof of claim in the amount of $4,113.32 on April 5, 2021, (the Claim), and the Court assigned claim number 3-1 to the Claim.

3. The Claim should not be allowed under Bankruptcy Code § 502 because the amounts referenced in the Proof of Claim have been paid.

**To the Claimant, take notice: Your claim may be reduced, modified or eliminated. If you do not want the Court to disallow your Claim as requested in this Objection, you or your attorney must file a Response and Request for Hearing on or before May 20, 2021. The Court may schedule a hearing based on your Response (or may schedule a hearing if the Court determines more information is needed about this Objection.) You will be notified of any hearing that is scheduled.**

WHEREFORE, after notice and the opportunity for a hearing, Debtors respectfully

requests that the Court disallow the Claim and that the Court grant such other and further relief as is appropriate.

Dated this _____ day of _____, 2021.

**Olson, Kulkoski, Galloway & Vesely, S.C.**
Attorneys for the Debtors

By: _____
    Lawrence G. Vesely
416 So. Monroe Avenue
Green Bay, WI 54305-0368
Telephone: (920) 437-5405
Facsimile: (920) 437-5917
State Bar Code #01014713
E-mail address: larry@veselylaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
John E. Dykema, and
Tammy D. Dykema,
        Debtors.

Chapter 13

Case No. 18-27040-beh

## AFFIDAVIT OF JOHN E. DYKEMA

STATE OF WISCONSIN    )
                                  )ss.
COUNTY OF BROWN     )

John E. Dykema, after being duly sworn on oath, states as follows:

1. I am a Debtor in the above action, along with my wife, Tammy D. Dykema.

2. I make this Affidavit in Objection to the Proof of Claim filed by U.S. Bank on April 5, 2021.

3. I object to the claim because this amount has been completely paid in full, in fact, my wife and I have made all required payments post-petition to the Creditor.

_/s/ John E. Dykema_
John E. Dykema

Subscribed and sworn to before me this
19 day of April, 2021.

Lawrence Vesely
Notary Public, Brown County, WI
My Commission is permanent.

U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>John E. Dykema, and<br>Tammy D. Dykema,<br>　　　　Debtors. | Chapter 13 Case No. 18-27040-beh<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on **April 20, 2021**, the Debtors' Objection to Claim and Notice of Opportunity for Hearing, Affidavit in Support of the Objection to Claim, and Certificate of Service, were electronically filed in this case, and served upon the following parties using the ECF system:

　　U. S. Trustee Office

　　Trustee Rebecca R. Garcia


　　I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

　　John E. and Tammy D. Dykema
　　3738 Schmidt Road
　　De Pere, WI 54115

Dated this 20th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　Linda J. Marquardt, Assistant to L. Vesely