UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

John E. Dykema and                                    Chapter 13 Case No. 18-27040
Tammy D. Dykema,
        Debtors.

## DEBTORS' OBJECTION TO
## U.S. BANK TRUST'S RESPONSE

The Debtors, John E. Dykema and Tammy D. Dykema, by their attorneys, Olson, Kulkoski, Galloway & Vesely, S.C., by Attorney Lawrence G. Vesely, hereby object to the Response filed by the Mortgage Creditor, U.S. Bank Trust indicating that the Debtors did not complete all payments under the Plan as required by 11 U.S.C.§ 1328(a).

This Objection is based upon the Affidavit attached hereto and fully incorporated herein

Dated this _____ day of _____, 2021.

**Olson, Kulkoski, Galloway & Vesely, S.C.**
Attorneys for the Debtors

By:_____
        Lawrence G. Vesely

416 So. Monroe Avenue
Green Bay, WI 54301
Telephone (920) 437-5405
Facsimile: (920) 437-5917
E-mail: larry@veselylaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

John E. Dykema and
Tammy D. Dykema,
    Debtors.

Chapter 13 Case No. 18-27040

**Certificate of Service**

       I hereby certify that on **May 19, 2021**, the Debtors' Objection to U.S. Bank Trust's Response was electronically filed in this case and served upon the following parties using the ECF system:

    U. S. Trustee Office

    Trustee Rebecca R. Garcia

    Michael Dimand on behalf of Creditor U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust, mdimand@aol.com, MLGBK@ecf.courtdrive.com

    Michael Edward Holsen on behalf of Creditor U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust, mholsen@mlg-defaultlaw.com, courtemail@esserlaw.com;holsenmr92837@notify.bestcase.com

    Charles Andrew Walgreen on behalf of Creditor U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust cwalgreen@mlg-defaultlaw.com

       I further certify that on the same date, I mailed the same documents(s) by the United States Postal Service to the following non-ECF participants:

    John E. and Tammy D. Dykema
    3738 Schmidt Road
    De Pere, WI 54115

Dated this _19th_ of _May_____, 2021.

_Linda J. Marquardt_
Linda J. Marquardt, Assistant to L. Vesely