| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | John E. Dykema |
| Debtor 2 | Tammy D. Dykema |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case Number | 18-27040 |

Official Form 4100R

# Amended Response to Notice of Final Cure     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 6442

**Property address:** 3738 Schmidt Road
De Pere, WI 54115

## Part 2: Prepetition Default Payments

*Check one*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining as of the date of this response is: $

## Part 3: Postpetition Mortgage Payments

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due for 9-1-21 and 10-1-21     (a) $1,616.18
b. Amount held in suspense     (b) $209.27
c. **Total.** Add lines     (c) $1,406.91

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became
due on: _____
MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Michael Dimand                                  Date: October 4, 2021

Print: Michael Dimand                                 Title: Attorney for the Creditor
       First Name   Middle Name   Last Name

Company: Marinosci Law Group, P.C.

Address: 134 N. LaSalle Street Suite 1440
         Number       Street
         Chicago  Illinois  60602
         City     State    ZIP Code

Contact phone: 312-940-8580            Email: BKinquiries@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on October 4, 2021.

John E. Dykema
3738 Schmidt Road
De Pere, WI 54115

Tammy D. Dykema
3738 Schmidt Road
De Pere, WI 54115

Marinosci Law Group, P.C.
/s/ MichaelDimand
Email: BKinquiries@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR