So Ordered.

Dated: October 20, 2021



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
John E. Dykema and,
Tammy D. Dykema,　　　　　　　　　　Chapter 13 Case No: 18-27040-beh
　　　Debtors.

## ORDER

Based upon the Hearing held in the above matter on October 5, 2021, the Court hereby sustains the Debtors' Objection to Creditor's Response to Notice of Final Cure.

This case can proceed to discharge.

#####